**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN  DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                    No. 4:05CR00259-05 JLH

HENRY JONES                                                                DEFENDANT

## ORDER

      Pursuant to the Opinion filed under seal today, the pro se motion for modification or reduction of sentence filed by Henry Jones is DENIED.  Document #203.

      IT IS SO ORDERED this 14th day of March, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE